## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :

       v.                  :        Cr. No. 07-482-01

MAXIMO ESPINOSA           :

### ORDER

AND NOW, this *18th* day of *September*, 2015, upon consideration of the Defendant's Motion for a Reduction of Sentence pursuant to 18 U.S. C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and the government's response thereto, it is hereby

### ORDERED

that the motion is **DENIED** for the reasons set forth in the government's response.

BY THE COURT:

_____

HON. MICHAEL M. BAYLSON
United States District Court Judge

CC: M. Espinosa